UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Appellee,

vs.                                                                         No. 21-13749

DANIEL BAKER

    Appellant.
_____/

## **MOTION TO WITHDRAW**

### APPELLANT'S CERTIFICATE OF INTERESTED PERSONS

As required by Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the following persons have an interest in the outcome of this case:

Baker, Daniel: Defendant/Appellant

Coody, Jason: Acting U.S. Attorney

Fields, Lazaro: Assistant U.S. Attorney

Fitzpatrick, Martin: Magistrate Judge

Kunz, Stephen: Assistant U.S. Attorney

McCommon, April: U.S. Probation Officer

Murrell, Randolph: Federal Public Defender

Stampelos, Charles: Magistrate Judge

Vallejo, Elizabeth: Assistant Federal Public Defender

Winsor, Allen: U.S. District Court Judge

## MOTION TO WITHDRAW

Undersigned counsel, in his individual capacity, moves this Court to allow him to withdraw from the representation of Appellant, Daniel Baker. The undersigned is retiring from the office of the Federal Public Defender as of October 31, 2022. Assistant Federal Public Defender Richard Summa has filed a notice of appearance and will pursue Mr. Baker's interest.

Wherefore, the undersigned requests the Court to enter an order relieving him of further responsibility in Mr. Baker's case.

Respectfully submitted,

RANDOLPH P. MURRELL
Federal Public Defender

*s/Randolph P. Murrell*
RANDOLPH P. MURRELL
Federal Public Defender
Florida Bar No. 220265
227 N. Bronough Street
Tallahassee, Florida 32301
Phone (850) 942-8818
Attorney for Appellant

2

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

1.       This motion complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because:

[**X**] this motion contains 78 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii), or

[ ] this brief uses a monospaced typeface and contains [state the number of] lines of text, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2.       This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

[**X**] this brief has been prepared in a proportionally spaced typeface using WordPerfect X6 in Times New Roman, 14 point, or

[ ] this brief has been prepared in a monospaced typeface using [state name and version of word processing program] with [state number of characters per inch and name of type style].

                                                                    *s/Randolph P. Murrell*_____
                                                                    **RANDOLPH P. MURRELL**
                                                                    Federal Public Defender
                                                                    Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished electronically in Acrobat format by Internet upload to this Court and to Assistant United States Attorney Robert G. Davies, Assistant United States Attorney Stephen Kunz, Vera Eidelman, America Civil Liberties Union Foundation, Tyler Anne Lee United States Department of Justice, and Bryant Hauss American Civil Liberties Union Foundation and by U.S. Mail to Daniel Baker, Reg. No. 25765-509, FCI Memphis, P.O. Box 34550, Memphis, TN 38184, all on this 26th day of October, 2022.

*s/Randolph P. Murrell*
**RANDOLPH P. MURRELL**
Federal Public Defender