IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 21-13749-AA

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANIEL ALAN BAKER,

Defendant - Appellant.

Appeal from the United States District Court
for the Northern District of Florida

ORDER:

The Court has decided to hold its decision in this case in abeyance pending the decision of the Supreme Court in *Counterman v. Colorado*, 143 S. Ct. 644 (2023).

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION